**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE JOHN L. KANE**

Courtroom Deputy: Bernique Abiakam          Date:  August 25, 2011
Court Reporter: Kara Spitler
Probation Officers:  Katrina Devine
                     Lisa Pence

Criminal Action No.09-cr-00301-JLK-3

*Parties:*                                   *Counsel:*

UNITED STATES OF AMERICA,                    Richard A. Hosley
                                             Haley E. Reynolds

        Plaintiff,

v.

3.      JUAN MARTIN RUELAS,                  Thomas J. Hammond

        Defendant.

---

**SENTENCING MINUTES**

---

**10:15 a.m.    Court in session.**

Court calls case.  Counsel present.  Also present, Kevin Vest, FBI Special Agent.
Defendant present in custody.

JURY TRIAL held: May 2, 2011 thru June 14, 2011.

**GUILTY VERDICT as to Counts One and Two of the Superseding Indictment**

Parties received and reviewed the presentence report.

The Government, defense counsel, and defendant were given an opportunity to make
statements before sentencing.

Statement by Mr. Hosley (the Government).

Statement by Mr. Hammond.

*09-cr-00301-JLK-3*
*Sentencing*
*August 25, 2011*

**ORDERED:   Request by Defendant to amend the language in the second addendum to the presentence report is GRANTED, as specified.**

Further statement by Mr. Hammond.

No statement by Defendant.

Comments and rulings by the Court.

**ORDERED:   Juan Ruelas' Motion For Non-Guideline Variant Sentence (Filed 8/11/11; Doc. No. 937) GRANTED in PART and DENIED in PART as specified.**

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**
**I**
**IMPRISONMENT:**
**Defendant is sentenced as to Counts One and Two to a term of imprisonment of 60 months, as to Count Three to a term of imprisonment of 240 months; said sentences to be served concurrently.**

**SUPERVISED RELEASE shall be addressed closer to the end of the Defendant's term of imprisonment.**

It is the recommendation of the Court that the Defendant receive both medical and psychological treatment and evaluation.

**FINE:**
No fine is imposed because the defendant has no ability to pay a fine.

**RESTITUTION:**
**The Defendant shall be jointly and severally liable with each of the 7 other coconspirators for restitution in the amount of $19,023.55.**

Interest is waived.

**SPECIAL ASSESSMENT FEE:**
Defendant shall pay a Special Assessment Fee of $ 200.00, due immediately.

Defendant is advised of the right to appeal.

**ORDERED:**   Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

*09-cr-00301-JLK-3*
*Sentencing*
*August 25, 2011*

The Court acknowledges Mr. Hammond's (the Defendant) renewed motion for a mistrial and the renewal of any objections previously made.

**10:58 a.m.    Court in recess.**
Hearing concluded.
Total in-court time: 43 minutes.