**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00367-JLK
Criminal Action No. 09-cr-00301-JLK-3

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

v.

3.    JUAN MARTIN RUELAS,

    Defendant-Movant.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Opinion And Order On Motion To Vacate Sentence (Doc. 1295) entered by Senior United States District Judge John L. Kane, on August 7, 2015, it is

ORDERED that Defendant's Motion to modify or vacate his sentence pursuant to 28. U.S.C. § 2255 (Doc. 1278) is DENIED.

Dated this 7th day of August 2015.

                                          BY THE COURT:
                                          JEFFREY P. COLWELL, CLERK

                                          By:  s/Deborah Hansen
                                          Deborah Hansen, Deputy Clerk